433 A.2d 132

Lutzic etc., Appellant v. Joynt et ux.

Argued November 10, 1980. Morton B. DeBroff, for appellant; Bernard S. Rubb, for appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

The order of the lower court is hereby affirmed.

433 A.2d 132

Richberg, Appellant v. Richberg, Jr.
Petition for Allowance of Appeal Aug. 3, 1981.

Submitted March 21, 1980. S. David Fineman, for appellant; Paul A. Liebman, for appellee.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

Order affirmed.